**Order entered December 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01019-CV

**PHYLLIS SLICKER, Appellant**

**V.**

**LESLIE G. MARTIN, P.C., Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15742**

## ORDER

Before the Court is appellee's December 17, 2019 emergency motion for extension of time to file brief tendered. We note, however, that the brief was not accepted by the Clerk of the Court because the brief failed to comply with certain requirements of the rules of appellate procedure. We further note that the notice informing appellee of the deficiencies directed appellee to file a corrected brief by December 20, 2019. In accordance with that notice, we **GRANT** the motion and **ORDER** the corrected brief be filed no later than December 20, 2019.

/s/    KEN MOLBERG
        JUSTICE